# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ben Scherr

                              Plaintiff,

v.                                                         Case No.: 1:13–cv–01841
                                                           Honorable Robert W. Gettleman

Western Sky Financial, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2013:

    MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 3/28/2013 regarding motion to dismiss[4]. Status hearing is set for 5/23/2013 at 9:00 a.m. This case is stayed to 5/23/2013. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.